**Order entered January 26, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00507-CR

**FLOR DEMARI BALCARCEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB10-33676C**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** only the finding that Ms. Sweeney's e-mail address changed and she had not received notice in August that the reporter's record had been rejected. The reporter's record Ms. Sweeney sought to file on January 14, 2015 was rejected because it was not signed, and this Court notified her of that defect at her new e-mail address. To date, Ms. Durke-Sweeney has not filed a complaint reporter's record.

Accordingly, we **ORDER** Pamela Durke Sweeney to file, by **4:00 P.M. on FRIDAY, JANUARY 30, 2015** a complete reporter's record, including all exhibits admitted into evidence, that complies with all of the requirements of an electronically filed record. If Ms. Sweeney does

not file a complete and compliant record by the date and time specified, the Court will order that she not sit as a court reporter until she has filed the record in accordance with this Court's order and the rules regarding electronic records.

We further remind Ms. Sweeney that it is her obligation to notify this Court of any changes to her contact information, including new e-mail addresses.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, the Honorable Douglas Skemp, Presiding Judge, County Criminal Court No. 3; Pamela Durke Sweeney, official court reporter, County Criminal Court No. 3; and to counsel for all parties.

/s/     ADA BROWN
JUSTICE